UNITED STATES DISTRICT COURT
EASTERN DISTRICT of TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:20-cr-32-CLC-CHS |
| ) | |
| DONALD EUGENE FISHER ) | |

## O R D E R

Magistrate Judge Christopher H. Steger filed a report and recommendation recommending that the Court: (1) accept Defendant's guilty plea to Count One of the one-count Information; (2) adjudicate Defendant guilty of traveling in interstate commerce to commit an illicit sexual act in violation of 18 U.S.C. § 2423(b); and (3) order that Defendant remain in custody pending further order of this Court. (Doc. 23.) Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 23) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One of the one-count Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of traveling in interstate commerce to commit an illicit sexual act in violation of 18 U.S.C. § 2423(b); and

3. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **January 20, 2021, at 2:00 p.m.** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**